# United States District Courts

WESTERN DISTRICT OF TEXAS

| United States of America | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| (1) Geovanny Elvin Nunez | Case Number:<br>DR:11-M -10824(1) |

**To: The United States Marshal**
      **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest      (1) Geovanny Elvin Nunez
                                                                                                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*The defendant, Geovanny Elvin NUNEZ, was arrested by Border Patrol Agents, on December 13, 2011 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on November 18, 2010 through Phoenix, Arizona. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title     **8**     United States Code, Section(s)     **1326(a)(1)**

| COLLIS WHITE | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | December, 15, 2011 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                                                                                  Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. |||
| Date Received<br>December 15, 2011 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>December 13, 2011 | Sulaica, Jesus<br>Border Patrol Agent | *[signature]* |