# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § Case Number: DR:11-M-10824(1) |
| | § |
| (1) Geovanny Elvin Nunez | § |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Geovanny Elvin Nunez, a hearing was set for December 20, 2011.

William Dietz Fry was appointed to represent the defendant. On December 19, 2011, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 20th day of December, 2011.

_____
COLLIS WHITE
U.S. MAGISTRATE JUDGE