**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2012 JA 11 AM 11: 38
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| | § | Illegal Re-entry into the United States.] |
| GEOVANNY ELVIN NUNEZ | § | |

**DR12CR0044**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about December 13, 2011, in the Western District of Texas, Defendant,

GEOVANNY ELVIN NUNEZ,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about November 18, 2010, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
ERICA BENITES GIESE
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

**DR12CR0044**

COUNTY: Dimmit                                USAO#: 2012R00235

DATE: January 11, 2012                        MAG. CT. #: DR11-10824M

AUSA: ERICA BENITES GIESE

DEFENDANT: GEOVANNY ELVIN NUNEZ

CITIZENSHIP: Honduras

INTERPRETER NEEDED: Yes        Language: Spanish

DEFENSE ATTORNEY: Bill Fry

ADDRESS OF ATTORNEY: 2205 Veterans Blvd. Ste. A-2, Del Rio, Texas 78840

DEFENDANT IS: DETAINED        DATE OF ARREST: December 13, 2011

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - Illegal Reentry after Deportation.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 years imprisonment; a $250,000 fine; 3 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3